**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

POLLY BACA and ROBERT NEMANICH,

Plaintiffs

v.

JOHN W. HICKENLOOPER JR., in his official capacity as Governor of Colorado, CYNTHIA H. COFFMAN, in her official capacity as Attorney General of Colorado, and WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State.

Defendants.

**AFFIDAVIT OF POLLY BACA IN SUPPORT OF VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I, Polly Baca, being duly sworn upon my oath, state:

1. I am over eighteen years old, and am fully competent to make this Affidavit.

2. I am resident of the City and County of Denver, Colorado. I ran for and was nominated as a presidential elector for Colorado Democratic Party.

3. I attended my Democratic caucus, my Democratic county convention, my Democratic congressional district convention, and my Democratic state convention. At each stage, I sought the nomination to be a presidential elector.

4. At the state convention on April 16, 2016, I became a presidential elector for the Colorado Democratic Party.

5. Upon becoming an elector, I was required to and did execute a pledge to vote for the Democratic Party's nominees for President and Vice-President.

6. I understand that the Democratic Presidential candidate is Hillary Rodham Clinton and the Democratic Vice-Presidential Candidate is Timothy Kaine.

7. I understand that the majority of persons in Colorado who cast their ballots on November 8, 2016, chose Hillary Clinton and Timothy Kaine for President and Vice-President. It is my understanding that those citizens' votes were not direct votes for the President and Vice-President, but rather votes for those candidates' slate of electors, of which I am a member.

8. I understand that, based on the votes in the remaining 49 states and the District of Columbia that if all electors in the Electoral College vote the same as the popular votes in their respective states, Donald Trump and Michael Pence will become President and Vice-President despite them losing the nationwide popular vote by more than 2.5 million votes.

9. Based on my investigation, deliberation, and research, I believe that Donald Trump is unfit for office due to, *inter alia*, his myriad conflicts of interests; his foreign business dealings; his attacks on the First Amendment of the U.S. Constitution; his belief – against all facts – that climate change and global warming are a "hoax;" the criminal and civil claims currently pending against him; his temperament; his promises to discriminate against Muslims and Latinos; his recent correspondence regarding his personal business dealings with the governments of India and Argentina; his lack of experience (most recently embodied by his call with Taiwan); his selection for Attorney General a person who failed confirmation hearings in the 1980's due to sworn testimony that he was racist; his selection for Secretary of Education who lacks any teaching degree or experience, has likely never attended public schools, has refused to send her children to public schools, and has a vested interest in for-profit schools; his prior bankruptcies; his refusal to provide information regarding his investments and holdings; his penchant for nepotism; and his threats to use nuclear weapons against other sovereign nations.

10. Based on my investigation, deliberation, and research, I believe that Michael Pence is unfit for office due to, *inter alia*, his refusal to comply with federal law as set forth in with *Obergefell v. Hodges* and *Roe v. Wade*; his hostility towards the freedom of and from

religion (particularly any religion other than Christianity); his efforts to shut down the federal government unless Planned Parenthood was prohibited from receiving federal funds; his belief – against all facts – that evolution, climate change, and global warming are "myths;" his support for "conversion therapy" which seeks to "convert" homosexuals through methods such as forcing people to engage in heterosexual intercourse; his refusal to comply*;* and his discriminatory policies and statements regarding communities of color.

11. It's my understanding that the Secretary of State will "remove the elector" who fails to "vote for the presidential/vice-presidential ticket that receives the most votes in the state" and would "seat a replacement elector."

12. It's my understanding that the Attorney General or the Secretary of State, at the direction of the Governor, would conduct this removal and replacement.

13. Based on my deliberation, investigation, and research, I believe that it is in the best interests of Colorado and the United States to prevent Trump/Pence from taking office. Therefore, it is my duty, as a member of the Electoral College to vote in the best interests of the state and nation. I cannot do that if the State is going to force me to vote for Clinton/Kaine. While I am certain Clinton/Kaine are eminently qualified and fit to be President and Vice-President, it may be that I need to vote for someone other than them to prevent Trump/Pence from taking office. Therefore, I need the freedom to vote for any person whom I feel is the most viable, fit, and qualified person to become President and/or Vice-President.

14. I have been in contact with some of my fellow electors in other states and they have all expressed reservations about Trump/Pence and the need to protect the country from them. It is my desire and intent to vote for someone for President and Vice-President that will either obtain 270 electoral votes and is not Trump/Pence or who will obtain enough votes in the Electoral College to be one of the top-three vote getters if no candidates reach 270 electoral votes

so that the House of Representatives can consider Mrs. Clinton, Trump, and one other candidate whom the electors – or at least a large portion of us – agree is viable, qualified, and fit for office. The same holds true for Vice President except that I understand the top two vote-getters for that office will be decided by the Senate.

Executed this 6th day of December 2016.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Polly Baca

STATE OF COLORADO       } ss.
CITY AND COUNTY OF DENVER

The foregoing document was acknowledged before me this 6th day of December, 2016, by Polly Baca.

Witness my hand and official seal.

_____
Notary Public

My commission expires: 9/10/2019

LEIGH AN JASKIEWICZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154036733
MY COMMISSION EXPIRES SEPT. 16, 2019

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.

POLLY BACA and ROBERT NEMANICH,

Plaintiffs

v.

JOHN W. HICKENLOOPER JR., in his official capacity as Governor of Colorado, CYNTHIA H. COFFMAN, in her official capacity as Attorney General of Colorado, and WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State.

Defendants.

**AFFIDAVIT OF ROBERT NEMANICH IN SUPPORT OF VERIFIED COMPLAINT
FOR DECLARATORY AND INJUNCTIVE RELIEF**

I, Robert Nemanich, being duly sworn upon my oath, state:

1. I am over eighteen years old, and am fully competent to make this Affidavit.

2. I am resident of El Paso County, Colorado. I ran for and was nominated as a presidential elector for Colorado Democratic Party.

3. I attended my Democratic caucus, my Democratic county convention, my Democratic congressional district convention, and my Democratic state convention. At each stage, I sought the nomination to be a presidential elector.

4. At the state convention on April 16, 2016, I became a presidential elector for the Colorado Democratic Party.

5. Upon becoming an elector, I was required to and did execute a pledge to vote for the Democratic Party's nominees for President and Vice-President.

6. I understand that the Democratic Presidential candidate is Hillary Rodham Clinton and the Democratic Vice-Presidential Candidate is Timothy Kaine.

7. I understand that the majority of persons in Colorado who cast their ballots on November 8, 2016, chose Hillary Clinton and Timothy Kaine for President and Vice-President. It is my understanding that those citizens' votes were not direct votes for the President and Vice-President, but rather votes for those candidates' slate of electors, of which I am a member.

8. I understand that, based on the votes in the remaining 49 states and the District of Columbia that if all electors in the Electoral College vote the same as the popular votes in their respective states, Donald Trump and Michael Pence will become President and Vice-President despite them losing the nationwide popular vote by more than 2.5 million votes.

9. Based on my investigation, deliberation, and research, I believe that Donald Trump is unfit for office due to, *inter alia*, his myriad conflicts of interests; his foreign business dealings; his attacks on the First Amendment of the U.S. Constitution; his belief – against all facts – that climate change and global warming are a "hoax;" the criminal and civil claims currently pending against him; his temperament; his promises to discriminate against Muslims and Latinos; his recent correspondence regarding his personal business dealings with the governments of India and Argentina; his lack of experience (most recently embodied by his call with Taiwan); his selection for Attorney General a person who failed confirmation hearings in the 1980's due to sworn testimony that he was racist; his selection for Secretary of Education who lacks any teaching degree or experience, has likely never attended public schools, has refused to send her children to public schools, and has a vested interest in for-profit schools; his prior bankruptcies; his refusal to provide information regarding his investments and holdings; his penchant for nepotism; and his threats to use nuclear weapons against other sovereign nations.

10. Based on my investigation, deliberation, and research, I believe that Michael Pence is unfit for office due to, *inter alia*, his refusal to comply with federal law as set forth in *Roe v. Wade* and its progeny; his hostility towards the freedom of and from religion (particularly

any religion other than Christianity); his efforts to shut down the federal government unless Planned Parenthood was prohibited from receiving federal funds (even though no such funds go towards abortion services); his belief – against all facts – that evolution, climate change, and global warming are "myths;" his support for "conversion therapy" which seeks to "convert" homosexuals through methods such as forcing people to engage in heterosexual intercourse; his refusal to comply with *Obergefell v. Hodges;* and his discriminatory policies and statements regarding communities of color.

11. I asked the Colorado Secretary of State what would happen if there was a "faithless" elector, someone who didn't vote for Mrs. Clinton and Mr. Kaine. The response I received, attached as Exhibit A to this affidavit, states that the state would "remove the elector" who failed to "vote for the presidential/vice-presidential ticket that receives the most votes in the state" and would "seat a replacement elector."

12. It's my understanding that the Attorney General or the Secretary of State, at the direction of the Governor, would conduct this removal and replacement.

13. Based on my deliberation, investigation, and research, I believe that it is in the best interests of Colorado and the United States to prevent Trump/Pence from taking office. Therefore, it is my duty, as a member of the Electoral College to vote in the best interests of the state and nation. I cannot do that if the State is going to force me to vote for Clinton/Kaine. While I am certain Clinton/Kaine are eminently qualified and fit to be President and Vice-President, it may be that I need to vote for someone other than them to prevent Trump/Pence from taking office. Therefore, I need the freedom to vote for any person whom I feel is the most viable, fit, and qualified person to become President and/or Vice-President.

14. I have been in contact with some of my fellow electors in other states and they have all expressed reservations about Trump/Pence and the need to protect the country from

them. It is my desire and intent to vote for someone for President and Vice-President that will either obtain 270 electoral votes and is not Trump/Pence or who will obtain enough votes in the Electoral College to be one of the top-three vote getters if no candidates reach 270 electoral votes so that the House of Representatives can consider Mrs. Clinton, Trump, and one other candidate whom the electors – or at least a large portion of us – agree is viable, qualified, and fit for office. The same holds true for Vice President except that I understand the top two vote-getters for that office will be decided by the Senate.

Executed this 6th day of December 2016.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Robert Nemanich

STATE OF COLORADO       } ss.
COUNTY OF EL PASO

The foregoing document was acknowledged before me this 6th day of December, 2016, by Robert Nemanich.

Witness my hand and official seal.

Cassandra Cannon
Notary Public

My commission expires: December 4, 2019

CASSANDRA CANNON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154046683
MY COMMISSION EXPIRES DECEMBER 4, 2019

4



Colorado presidential electors     Inbox x

Joel Albin <Joel.Albin@sos.state.co.us>                                    Nov 18 (1 day ago)
to me

Per our conversation this afternoon, I am writing to let you know what the Colorado State Department's interpretation and action would be regarding a faithless presidential elector.

1-4-304 (5), C.R.S., states that presidential electors shall (must) vote for the presidential/vice-presidential ticket that receives the most votes in the state. Thus, if an elector failed to follow this requirement, our office would likely remove the elector and seat a replacement elector until all nine electoral votes were cast for the winning candidates.

However, this event does not have precedent in Colorado. Thus, we would likely seek the opinion of the state attorney general's office if this occurred.

Thanks.

Joel Albin
Ballot Access Manager
Elections Division
Colorado State Department