**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Emily Buchanan | Date:   December 12, 2016 |
| Court Reporter:       Julie Thomas | |

Civil Action No: **16-cv-02986-WYD-NYW**          Counsel:

**POLLY BACA, and
ROBERT NEMANICH**,

     Plaintiffs,

v.

**JOHN W. HICKENLOOPER, JR., in his
official capacity as Governor of
Colorado,
CYNTHIA H. COFFMAN, in her official
capacity as Attorney General of
Colorado, and
WAYNE W. WILLIAMS, in his official
capacity as Colorado Secretary of State**,

     Defendants,

and

**COLORADO REPUBLICAN COMMITTEE,
DONALD J. TRUMP, and
DONALD J. TRUMP FOR PRESIDENT,
INC.**,

     Intervenors.

Jason B. Wesoky

Grant T. Sullivan
LeeAnn Morrill
Matthew D. Grove

Christopher O. Murray

**COURTROOM MINUTES**

**MOTION HEARING:** Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 2), filed December 6, 2016.

**3:02 p.m.**      Court in Session

Appearances of counsel. Also present: Plaintiffs Polly Baca and Robert Nemanich.

Court provides background and discusses the standard of review in this case.

3:15 p.m.      Argument by plaintiffs (Mr. Wesoky).

3:54 p.m.      Argument by defendants (Mr. Sullivan).

4:10 p.m.      Argument by intervenors (Mr. Murray).

4:19 p.m.      Rebuttal argument by plaintiffs (Mr. Wesoky).

Court's findings and conclusions.

**ORDERED:**   Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 2), filed December 6, 2016, is **DENIED.** A written order will issue.

Mr. Wesoky indicates that this case will go forward to be litigated. The Court will talk to Magistrate Judge Wang about the possibility of this Court entering the scheduling order. A scheduling order will not enter until after the electors have acted.

**4:49 p.m.**      Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:47**