# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02986-WYD-NYW

POLLY BACA and ROBERT NEMANICH,

    Plaintiffs,

  v.

JOHN W. HICKENLOOPER, JR., in his official capacity as Governor of Colorado, CYNTHIA H. COFFMAN, in her official capacity as Attorney General of Colorado, and WAYNE W. WILLIAMS, in his official capacity as Colorado Secretary of State,

    Defendants,

COLORADO REPUBLICAN COMMITTEE, DONALD J. TRUMP, and DONALD J. TRUMP FOR PRESIDENT, INC.,

    Intervenors.

## BACA ET AL.'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4, Plaintiffs Polly Baca and Robert Nemanich in the above-named action hereby submit their notice of appeal to the Tenth Circuit Court of Appeals of:

1.    The District Court's denial of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, entered on December 12, 2016 (Docket No. 19).

Date: December 13, 2016.

*/s/ Jason Bryan Wesoky*
Jason Bryan Wesoky
1331 17th Street, Suite 800
Denver, CO 80202
Phone:   (303) 623-9133
Fax:   (303) 623-9129
Email:   jason.w@hamiltondefenders.org

*Attorneys for Plaintiffs*
*POLLY BACA and ROBERT NEMANICH*

## CERTIFICATE OF SERVICE

I certify that on the 13th day December, 2016, a true and correct copy of **BACA ET AL.'S NOTICE OF APPEAL** was filed with the Court and served on all counsel of record who are deemed to have consented to electronic service via CM/ECF as follows:

Grant T. Sullivan
LeeAnn Morrill
Matthew David Grove
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Phone:   (720) 508-6349
Fax:       (720) 508-6038
Email:    grant.sullivan@coag.gov
Email:    leeann.morrill@coag.gov
Email:    matt.grove@coag.gov

*Attorneys for Defendants*
*JOHN W. HICKENLOOPER, JR., CYNTHIA H. COFFMAN, and WAYNE W. WILLIAMS*

Christopher Owen Murray
Brownstein Hyatt Farber Schreck, LLP-Denver
410 17th Street, Suite 2200
Denver, CO 80202-4432
Phone:   (303) 223-1100
Fax:       (303) 223-1111
Email:    cmurray@bhfs.com

*Attorney for Intervenors*
*COLORADO REPUBLICAN COMMITTEE, DONALD J. TRUMP, and DONALD J. TRUMP FOR PRESIDENT, INC.*

*/s/ Jason Bryan Wesoky*
Jason Bryan Wesoky